UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TAMAS HORVATH, | 3:16-cv-00553-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | October 4, 2019 |
| BRIAN WILLIAMS, SR., *et al.*, | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Before the court is Plaintiff Tamas Horvath's Motion to Extend Time to Respond to Defendants' Motion for Summary Judgment (ECF No. 91).

Plaintiff Horvath's Motion to Extend Time to Respond to Defendants' Motion for Summary Judgment (ECF No. 91) is **Granted**. Plaintiff has until **November 7, 2019**, to file a response.

IT IS SO ORDERED.

DEBRA K. KEMPI, CLERK

By: _____/s/_____
 Deputy Clerk